IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY
STATE OF OKLAHOMA

IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

NOV -2 2012

CANDI CZAPANSKY, COURT CLERK

CURTIS OZMENT, )
)
    Plaintiff, )
)
vs. )  Case No. CJ-2012-449    DEPUTY
)
AMERICAN NATIONAL PROPERTY & )
CASUALTY COMPANY, )
a foreign insurance corporation, ) **ATTORNEY LIEN CLAIMED**
)
    Defendant. )

## PETITION

COMES NOW the Plaintiff Curtis Ozment and for his cause of action against the Defendant alleges and states:

I. Plaintiff is a resident of Rogers County, State of Oklahoma. The Defendant American National Property and Casualty Company, hereinafter ANPAC, is a foreign insurance company subject to service of process through the Oklahoma Insurance Commissioner. Venue of this action is properly placed in Rogers County pursuant to 12 O.S. §137.

II. On or about June 14, 2012, while insured by Defendant ANPAC, Plaintiff's 42' Trojan Cruiser sank.

III. As a result of the sinking, the GRDA impounded the boat and ordered the Plaintiff to have it removed. The transport and the additional storage continue to amass charges.

IV. Plaintiff submitted the sinking claim and associated charges to ANPAC for adjustment which proceeded to totally deny the claim on or about July 11, 2012 without granting Plaintiff any of the contractual rights contained within the policy.



EXHIBIT 1

V. The denial was made in bad faith, without proper investigation, and caused, and will cause, the Plaintiff to suffer continuing damages. The erroneous denial entitles Plaintiff to judgment for punitive damages in excess of the amount required for diversity jurisdiction pursuant to §1332 of Title 28 of the United States Code (12 O.S. §2009(G)).

WHEREFORE, Plaintiff prays for the contractual limit of damages $25,000.00, the amount required to remove, transport, and store the boat, the contractual amount required to clean up spilled gasoline, interest, costs, attorneys fees, punitive damages in excess of the amount required for diversity jurisdiction, and all and any other relief to which the court deem him entitled.

Respectfully Submitted,

THE BAKER LAW FIRM, PLLC

BY: _____
THOMAS E. BAKER, OBA #11054
12315 E. 86th St. N.
Owasso, Oklahoma 74055
Telephone: (918)274-1818
Facsimile: (918)274-8383

Attorney for Plaintiff

0734

IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY
STATE OF OKLAHOMA

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT
NOV 0 7 2012
Legal Division

| | |
|---|---|
| CURTIS OZMENT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CJ-2012-649 |
| AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, a FOREIGN INSURANCE CORPORATION, | ) ) ) ) |
| Defendant. | ) |

### SUMMONS

To the above-named Defendant:

American National Property & Casualty Company, c/o Oklahoma Insurance Commission, Five Corporate Plaza, 3625 NW 56th, Suite 100, Oklahoma City, OK 73112-4511.

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 2nd day of November, 2012.

CANDI CZAPANSKY, COURT CLERK

By: _____, Deputy Court

(Clerk Seal)

Attorneys for the Plaintiff:

THOMAS E. BAKER, OBA #11054
9415 E. 86th St. North
Owasso, OK 74055
Telephone: (918)274-1818
Facsimile: (918)274-8383

This summons was served on _____, 2012.

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**Return ORIGINAL for filing**

Return ORIGINAL for filing
**RETURN/AFFIDAVIT OF SERVICE**
IN THE DISTRICT COURT OF ROGERS COUNTY
STATE OF OKLAHOMA

**CERTIFICATE OF SERVICE BY MAIL**

I Certify that I mailed copies of the foregoing affidavit and order to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 2012, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
|  |  |  |