# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS OZMENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-0649-CVE-TLW |
| | ) |
| AMERICAN NATIONAL PROPERTY | ) |
| & CASUALTY COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came on for jury trial before the Court, Honorable Claire V. Eagan presiding, and verdicts having been duly rendered, judgment is hereby entered: in favor of plaintiff Curtis Ozment and against defendant American National Property & Casualty Company for breach of contract in the amount of $39,155; in favor of plaintiff Curtis Ozment and against defendant American National Property & Casualty Company for breach of the implied duty of good faith and fair dealing in the amount of $4,900; and in favor of defendant American National Property & Casualty Company and against plaintiff Curtis Ozment on plaintiff's claim for punitive damages.

**IT IS SO ORDERED** this 26th day of July, 2013.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE