# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS OZMENT, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. 12-CV-0649-CVE-TLW |
| AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, | ) ) ) ) |
|       Defendant. | ) ) |

## AMENDED JUDGMENT NUNC PRO TUNC

This action came on for jury trial before the Court, Honorable Claire V. Eagan presiding, and verdicts were returned for plaintiff Curtis Ozment and against defendant American National Property & Casualty Company for breach of contract in the amount of $39,155; for plaintiff Curtis Ozment and against defendant American National Property & Casualty Company for breach of the implied duty of good faith and fair dealing in the amount of $4,900; and for defendant American National Property & Casualty Company and against plaintiff Curtis Ozment on plaintiff's claim for punitive damages.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered for plaintiff Curtis Ozment and against defendant American National Property & Casualty Company in the total sum of $44,055, with post-judgment interest thereon in the amount of .11 percent per annum from July 26, 2013 until paid.

**IT IS SO ORDERED** this 29th day of July, 2013.

*Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE